IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JAY FOLSE,**

    **Plaintiff,**

    **v.**                                                                              **CIVIL ACTION NO. _____**

**GOVERNOR SPROUL ASSOCIATES,**
**a Pennsylvania Limited Partnership,**

    **Defendant.**

## COMPLAINT

Plaintiff Jay Folse, pro se, brings this Complaint against Governor Sproul Associates for violating the Fair Housing Act, 42 U.S.C. § 3601 et seq. This action pertains to Defendant's denial of Folse's right to live with his support animal in a leased housing unit.

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331.

2. Venue is proper within this District pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to this claim occurred within this District.

### PARTIES

3. Plaintiff Jay Folse is a tenant and resident of an apartment dwelling unit located in Broomall, PA.

4. Defendant Governor Sproul Associates, a Pennsylvania Limited Partnership, is the owner of the apartment building in which Folse resides.

## FACTS

5. Folse is a handicapped person as defined by 42 U.S. Code § 3602(h) and has been diagnosed by multiple practitioners since childhood with Autism Spectrum Disorder (previously diagnosed under the DSM – IV as either Autistic Disorder or Asperger's Syndrome).

6. The Governor Sproul Apartments is subject to the Fair Housing Act.

7. Folse began residing at the Governor Sproul Apartments on or around July 15th, 2025.

8. He resides there with his support animal, Princess.

9. Princess is a Chiweenie dog (Chihuahua and Dachshund mix) who weighs approximately twenty pounds as seen below:



10. On October 14ʰ, 2025 Defendant sent an email with the subject line of "Notice of Lease Violation".

11. That email claimed the existence of a violation of a lease agreement for having an "unauthorized animal", Princess, and an "unauthorized occupant", Folse.

12. The email further asked "to complete the registration process" regarding Princess using an online form.

13. That form was completed by Folse and included a letter from a medical professional documenting the need for Folse to reside with his support animal.

14. Subsequently on, October 28th, 2025 an email was sent from Defendant with the subject line "Animal application not approved for Governor Sproul" which stated that Princess "has not been approved as a/an **ESA**." (emphasis supplied).

15. That email further falsely stated that Princess is an aggressive dog and had recently bitten someone.

16. Also on October 28th, 2025, Defendant, by counsel, sent an email with an attached letter in PDF format entitled "<u>NOTICE TO CEASE/DEMAND FOR ANIMAL REMOVAL</u>" (emphasis supplied).

17. That letter further falsely stated that "[t]his animal's presence not only constitutes a violation of your lease but also presents an unacceptable health and safety hazard to other residents" and "demands that you remove this dog from the premises by <u>Monday, November 3, 2025</u>. If you fail to remove this dog from the premises by said date, your landlord will consider you in breach of your lease and consider removing you from the premises via judicial means." (emphasis supplied) and ended with "[i]f

3

you wish to have an emotional support animal, you will need to find a different animal."

18. On November 13th, 2025 "Governor Sproul Apartments"[1] filed a "Recovery of Real Property Action" in Magisterial District Court seeking possession of the apartment dwelling unit in which Folse resides.

19. The complaint form states the factual basis as "[u]nauthorized occupant and pet."

## COUNT 1 –
## VIOLATION OF THE FAIR HOUSING ACT FOR REFUSING TO ALLOW A SUPPORT ANIMAL

20. Defendant is refusing to allow Folse to reside with Princess, his support animal.

21. Defendant has since filed an eviction action on the basis of Folse residing with his support animal.

22. Defendant's actions constitute a violation of the Fair Housing Act.

## COUNT II –
## VIOLATION OF THE FAIR HOUSING ACT FOR REFUSING TO ALLOW FOLSE TO RESIDE IN THE RENTED DWELLING UNIT

23. Defendant is refusing to allow Folse to reside in the apartment dwelling unit.

24. Defendant has filed an eviction alleging that he is an "unauthorized occupant"

25. Defendant would otherwise have continued to allow Folse to reside in the dwelling unit if he was not a handicapped person with a support animal.

26. Defendant's actions constitute a violation of the Fair Housing Act.

---

[1] This name was submitted as the Plaintiff in the state court action. It is not apparent what relation this name has to Defendant.

## COUNT III-

## INJUNCTIVE RELIEF

27. Defendant's actions include various hostile behavior towards Folse related to his occupancy of the swelling unit and his support animal

28. It is necessary to enjoin Defendant from interfering with Folse's right to peaceful and quiet enjoyment to his rented dwelling unit.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Jay Folse asks for damages against Defendant including but not limited to general, compensatory, punitive, and nominal damages in the amount of $100,000 or as determined by a Jury; injunctive relief enjoining Defendant from interfering with Folse's right to peaceful and quiet enjoyment to his rented dwelling unit; costs and fees including any potential attorney fees associated with this action; and any other relief this Court may deem just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

_/s/ Jay Folse_
Jay Folse
311 S Pkwy Blvd.
Apt. 108F
Broomall, PA 19008
(540)-847-2213
Jayman1233@gmail.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jay Folse

**DEFENDANTS**
Governor Sproul Associates, LP

(b) County of Residence of First Listed Plaintiff: **Ohio**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Delaware**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se
311 S Pkwy Blvd. Apt. 108F
Broomall, PA 19008

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation / ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | [X] 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 3601 et seq

Brief description of cause:
Fair Housing Act claim for refusal of support animal

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 11/14/2025
SIGNATURE OF ATTORNEY OF RECORD: *Jay Folse*

**FOR OFFICE USE ONLY**

RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE