## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAY FOLSE,**<br><br>     Plaintiff,<br><br>     *v.*<br><br>**GOVERNOR SPROUL ASSOCIATES, A PENNSYLVANIA LIMITED PARTNERSHIP,**<br><br>     Defendant. | **CIVIL ACTION**<br><br><br>**NO. 25-6501-KSM** |

## ORDER

**AND NOW** this 24th day of June, 2025, upon consideration of Defendant's Motion to Dismiss (Doc. No. 11) and Plaintiff's opposition (Doc. No. 17), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.      The motion is **DENIED**  as to Count I.

2.      The motion is **GRANTED** as to Count II.  Plaintiff may file an amended complaint to the extent he can cure the deficiencies in Count II that are identified in the accompanying Memorandum.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions (Doc. No. 18) is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**